UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05136
EVARISTO VILLAGRAN
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-9480


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/04/08 and confirmed on 05/16/08.

    2.  The case was dismissed after confirmation, 10/03/2008.

    3.  The Debtor paid a total of $   2050.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| BRANDYWINE TOWNE HOUSES | SECURED | 492.00 | .00 | 492.00 |
| BRANDYWINE TOWNE HOUSES | MORTGAGE ARRE | 1825.75 | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL CREDIT SVCS | UNSECURED | 200.00 | .00 | .00 |
| HYCITE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS ASSOCIATION | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ROYAL PRESTIGE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 439.38 | .00 | .00 |
| THOMAS R HITCHCOCK | REIMBURSEMENT | 64.50 | .00 | 64.50 |

            Summary of disbursements:
----------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2317.75 | 64.50 | 639.38 | .00 | 3021.63 |
| PRINCIPAL PAID | 492.00 | 64.50 | .00 | .00 | 556.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 492.00 | 64.50 | .00 | .00 | 556.50 |

The Debtor's attorney, THOMAS R HITCHCOCK          , was allowed $   3500.00
and was paid $   1374.60 .

The Trustee received $    118.90 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


        Dated: 01/14/09                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                          PAGE   2
        CASE NO. 08 B 05136 EVARISTO VILLAGRAN